IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 FEB -2 A II: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. |
| RODGER D. COOK, | ) 1:07mc3353-MEF ) ) |
| Respondent. | ) |

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

1.  This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service summons.

2.  William C. Rutledge is a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service, and is authorized to issue Internal Revenue Service summonses pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.

3. The respondent, Rodger D. Cook, resides at 196 Adams Street, Hartford, Geneva County, Alabama 36344-9742, within the jurisdiction of this court.

4. Revenue Officer William C. Rutledge is conducting investigations to determine the amount and facilitate collection of income taxes of Rodger D. Cook for the years 1996, 1997 and 1998.

5. The respondent, Rodger D. Cook, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigations.

6. On February 7, 2006, an Internal Revenue Service summons was issued by Revenue Officer William C. Rutledge directing the respondent, Rodger D. Cook, to appear before Revenue Officer William C. Rutledge on March 10, 2006 to testify and to produce the books, records, and other documents demanded in the summons. An attested copy of the summons was left at the respondent's last and usual place of abode. The summons was served by attachment to the door of the respondent's residence. The summons is attached hereto and incorporated herein as Exhibit 2.

7. March 10, 2006, the respondent, Rodger D. Cook, did not appear in response to the summons. Respondent's refusal to comply with the summons continues to date as set forth in the

Declaration of Revenue Officer William C. Rutledge attached hereto as Exhibit 1.

8. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

10. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the amount and means of collecting the Federal income tax liability of Rodger D. Cook for the years 1996, 1997 and 1998, as is evidenced by the Declaration of William C. Rutledge attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

1. That the Court issue an order directing the respondent, Rodger D. Cook, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Rodger D. Cook, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as

is required and called for by the terms of the summons before Revenue Officer William C. Rutledge or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Reveue Officer William C. Rutledge, or any other proper officer or employee of the Internal Revenue Service.

    3.   That the United States recover its costs in maintaining this action.

    4.   That the Court grant such other and further relief as is just and proper.

    Respectfully submitted the 2nd day of February, 2007.

                    LEURA G. CANARY
                    United States Attorney

                    By: _____
                    R. RANDOLPH NEELEY
                    Assistant United States Attorney
                    Bar Number: 9083-E56R
                    Post Office Box 197
                    Montgomery, AL  36101-0197
                    Telephone No.: (334) 223-7280
                    Facsimile No.: (334) 223-7418
                    **E-mail: rand.neeley@usdoj.gov**

# EXHIBIT 1

Case 1:07-mc-03353-MEF-SRW   Document 1-2   Filed 02/02/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. ) |
| RODGER D. COOK, | ) ) |
| Respondent. | ) |

**DECLARATION**

William C. Rutledge declares:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 8, Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting investigations into the individual income tax liability, and the means of collecting it, of Rodger D. Cook for the years 1996, 1997 and 1998.

3. In furtherance of the above investigations and in accordance with section 7602 of Title 26, U.S.C., I issued on February 7, 2006, an Internal Revenue Service summons to Rodger D. Cook, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26, U.S.C., on February 7, 2006, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the

EXHIBIT 1

respondent, Rodger D. Cook, by leaving it at the respondent's last and usual place of abode.

5. On March 10, 2006, the respondent, Rodger D. Cook, did not appear in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of the summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate means of determining and collecting the delinquent Federal income tax liability of Rodger D. Cook for the years 1996, 1997 and 1998.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _3_ day of _November_, 2006.

William C. Rutledge
Revenue Officer

# EXHIBIT 2



# Summons

In the matter of  **Rodger D Cook, 196 Adams St, Hartford, AL 36344-9742 SSN# 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**

Internal Revenue Service (Division): **Small Business/Self Employed**

Industry/Area (name or number): **Small Business/Self Employed - Gulf States Area**

Periods **December 31, 1996; December 31, 1997; December 31, 1998**

## The Commissioner of Internal Revenue

To   **Rodger D Cook**
At   **196 Adams St Hartford Alabama 36344-9742**

You are hereby summoned and required to appear before William C. Rutledge, an officer of the Internal Revenue Service, to give oral testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for the period October 1, 2005 to February 01, 2006, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, home owner and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
801 Tom Martin Dr., Rm 137-C1, Birmingham   205-912-5181

**Place and time for appearance at:**   801 Tom Martin Dr., Rm 137-C1, Birmingham

on the **10th** day of **March**, **2006** at **1:00** o'clock **P** m.

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

Issued under authority of the Internal Revenue Code this _7_ day of _February_, _2006_

_Signature of Issuing Officer_        Revenue Officer
                                      Title

Signature of Approving Officer (if applicable)        Title

EXHIBIT 2        **Original** -- to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 2/7/06   Time: 3:57 am

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

Signature: _[signed]_   Title: Revenue Officer

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☐ No notice is required.

Signature: _____   Title: _____

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____   Title: _____

Form **2039** (Rev. 12-2001)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:07MC3353-MEF |
| RODGER D. COOK, | ) |
| | ) |
| RESPONDENT. | ) |

### ORDER TO SHOW CAUSE

Upon the petition of the United States, and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, **RODGER D. COOK**, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable _____, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at _____ on the _____ day of _____, 2007, at Courtroom _____, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on February 7, 2006. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on **RODGER D. COOK**, by the United States Marshall's Service within thirty (30) days of this Order.

It is further

ORDERED within ten (10) days of service of copies of this Order, the petition and exhibits thereto, respondent shall file

and serve a written response to the petition. That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this _____ day of _____, 2007.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT