**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN



| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER 1:07cv3353-MEF |
| --- | --- |
| DEFENDANT RODGER D. COOK | TYPE OF PROCESS ORDER & PETITION |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Rodger D. Cook

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
196 Adams Street , Hartford, AL 36344-9742

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
| --- | --- | --- |
| Clerk's Office<br>US District Court<br>One Church Street<br>Montgomery, AL 36104 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold        Fold

| Signature of Attorney other Originator requesting service on behalf of:<br>*Debra P. Hackett* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>334-954-3600 | DATE<br>2/21/2007 |
| --- | --- | --- | --- |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk *K. Chavers* | Date 2/22/07 |
| --- | --- | --- | --- | --- | --- |

I hereby certify and return that I ☒ have personally served ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
| --- | --- |

RETURNED AND FILED

MAR - 2

CLERK
U.S. DISTRICT
MIDDLE DIST. OF

| Address *(complete only different than shown above)* | Date | Time | |
| --- | --- | --- | --- |
| | 2:15 PM | 2/28/07 | ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>*C. L. Tatom, DUSM* | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or *(Amount of Refund*)* |
| --- | --- | --- | --- | --- | --- |
| $180.00 | $105.73 | $0 | 285.73 | $0 | $285.73 |

REMARKS: *Phone (334)588-6332, Subject works in auto shop behind residence 218 miles R.T., 2 Deputies × 4 hrs*

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
| --- | --- | --- |