RECEIVED

2007 MAR -2  P 3:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                        **Plaintiff,**

      v.

Rodger D. Cook,

                        **Defendent.**

CASE NO. 1:07-mc-3353-MEF-SRW

**MOTION TO DEMAND THAT THE U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION READ ALL PLEADINGS MOVING PARTY FILES WITH THE COURT, and that the U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION ADHERE ONLY TO CONSTITUTIONALLY COMPLIANT LAW and CASE LAW, AND MORE PARTICULARLY, THE BILL OF RIGHTS, IN ITS RULINGS.**

Comes Now, Rodger D. Cook, hereinafter Moving Party and brings this "Motion to Demand that the U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION Read All Pleadings Moving Party Files with the Court, and that the U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION Adhere Only to

Motion                                   1 of 10                             Respond to:
                                                                                 Rodger D. Cook
                                                                                 196 Adams Street
                                                                                 Hartford, Alabama 36344
                                                                                 334-588-6332

Constitutionally Compliant Law and Case Law, and More Particularly, the Bill of Rights, in its Rulings."

## I. DEMAND FOR RELIEF

Moving Party respectfully demands that the court issue its order and ruling pursuant to the purported oath sworn by the Judge and the attending officers of the court, and their duties to the National Constitution of the United States, in any and all proceedings before the United States District Court, Middle District of Alabama, Southern Division in this matter:

1. That the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will read, consider, comprehend and rule upon all motions and pleadings Moving Party files with the Court.

2. That the rulings of the Court will be based only in and supported by laws, statutes and case law in agreement with, and not in opposition or contradiction to, the National Constitution of the United States, specifically the "Bill of Rights."

3. That the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court honor, uphold and abide by the oaths purported to have been taken pursuant to Article VI Clause 2 and 3 of the National Constitution of the United States.

4. That pursuant to the oaths of the presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will provide unbiased adjudication of the issues in the instant action.

5. That pursuant to the purported oaths of the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court issue rulings only based and supported in law and/or case law which is constitutionally compliant and which will not:

 (A) deny the powers of the rights guaranteed by the National Constitution of the United States;

 (B) deny the inherent rights of the people protected by the National Constitution of the United States, in the instant case, the inherent rights of Moving Party;

 (C) violate federal and/or state Constitutionally compliant laws;

(D) shield, exonerate, or hold harmless and immune from liability, those federal officers, employees, or agents who violate federal and state laws, violate the National Constitution of the United States or state Constitutions, violate Moving Party's inherent protected rights of due process and equal protection of the law, wrongdoing(s), crimes, criminal activity, fraud, collusion and conspiracy, insurrection, sedition and anarchy.

6. That the people of the several states of the Union as well as the United States, including but not limited to Moving Party, are Sovereign in the Nation and throughout the Union, and that the government, this Court, and all courts of the United States serve the people of the several states of the Union and the United States pursuant to:

(A) limited powers delegated from and by the National Constitution of the United States, which delegated powers are inherent in the people and thus derived from the people;

(B) oaths taken to uphold the National Constitution of the United States;

(C) the National Constitution of the United States, specifically, the "Bill of Rights";

(D) powers authorized only by the National Constitution of the United States or laws in full compliance therewith, specifically, the "Bill of Rights," and;

(E) acknowledge that lack of Constitutional authority precludes any action and voids any ruling or judgment by this court.

## II. GROUNDS FOR RELIEF

Moving Party is entitled to the relief requested in section 1 of this Motion based on the following grounds:

**Ground 1:** Moving Party, as all litigants, is entitled to a fair and unbiased hearing on all Moving Party's filings.

**Ground 2:** Moving Party, as all litigants, is entitled to assurances that the presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will honor and uphold the National Constitution of the United States pursuant to their oath of office.

**Ground 3:** Moving Party is entitled to assurances that the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court, pursuant to the purported oath of the members of the presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court, will issue rulings only based in and supported in law and/or case law which is constitutionally compliant and which does not:

(A) deny the powers of and the rights guaranteed by the National Constitution of the United States;

(B) deny the inherent rights of the people protected by the National Constitution of the United States, in the instant case, the inherent rights of Moving Party;

(C) violate federal and/or state Constitutionally compliant laws;

(D) shield, exonerate, or hold harmless the injury of the protected rights of the people, in the instant case, that would injure the inherent rights of Moving Party; violate federal and/or state constitutions to the injury of the inherent rights of Moving Party; violate Moving Party's inherent rights to due process and equal protection of the law to the injury of Moving Party; engage in wrong doing(s), crimes, criminal activity, fraud, collusion and conspiracy, insurrection, sedition and anarchy.

### III.   ARGUMENT AND POINTS OF AUTHORITY

1. All litigants are entitled to a fair hearing by an impartial, unbiased tribunal.
2. The purpose of the oath required by the National Constitution of the United States at Article VI clause 2 and 3 is to insure the inherent rights of the people are protected from abuse of delegated authority by holding those entrusted with authority accountable for acts beyond the bounds of the delegation of authority.
3. To insure that the court's rulings are based only in and supported by laws, statutes and case law in agreement with, and not in opposition or contradiction to, the National Constitution of the United States, specifically the "Bill of Rights," the court must provide a "Findings of Facts" specifically identifying the factual evidentiary basis for a ruling and

a "Conclusions of Law" to establish on the record that the ruling is based only in and supported by statutes and case law in agreement with the National Constitution of the United States and the "Bill of Rights."

4. The United States Supreme Court has held, "The parties are entitled to know the findings (of fact) and conclusions (of law) on all of the issues of fact, law, or discretion presented on the record." Citing **Butz v. Econumon,** 438 U.S. 478, 98 S. Ct. 2894, 57 L.Ed. 2d. 895, (1978). See **Federal Maritime Commission v. South Carolina State Ports Authority,** 535 U.S. 743, 122 S. Ct. 1864, 152 L. Ed. 2d. 962 (2002).

5. The courts have warned that those who are charged with protecting our rights may act outside their delegation of authority, and that the people must keep themselves informed of the true law and what is and is not authorized to insure that those officers, agents and employees of the federal and state governments do not overstep the bounds of their delegation of authority.

6. The Supreme Court of the United States held that "Whatever the form in which the government functions, anyone entering into an arrangement with the government takes the risk of having accurately ascertained that he who purports to act for the government stay within the bounds of his authority. The scope of this authority may be explicitly defined by Congress or limited by delegated legislation, properly exercised through the rule making power. And this is so even though, as here, the agent himself may have been unaware of the limitations upon his authority." **Federal Crop. Ins. Corp. v. Merrill**, 322 U.S. 380, 68 S. Ct. 1 (1947), 322 U. S. at 384; "The extent of the authority of the peoples public agent is measured by statute from which they derive their authority, not by their own acts and assumptions of authority." "Public officers have and can exercise only such powers as are conferred on them by law…" "The powers of state officers being fixed by law, all persons dealing with such officers are charged with knowledge of the extent of their authority." **Youngstown Street & Tube Co. v. Sawyers**, 343 U.S. 579, 72 S. Ct. 863

(1953); **_Sitter v. Board of Control of Michigan College of Mining and Technology_**, 333 Mich. 681, 53 N.W. 2d. 681-684 (1952).

7. The 9th Circuit Court of Appeals held that "All persons in the United States are chargeable with knowledge of the Statutes-at-large…[I]t is well established that anyone who deals with the government assumes the risk that the agent acting on the government's behalf has exceeded the bounds of his authority. **_Bollow v. Federal Reserve Bank of San Francisco_**, 650 F. 2d. 1093 (9th Cir. 1981) see: 650 F. 2d. at 1100.

8. Moving Party is asserting the right and duty to insure that the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court stay within the bounds of their delegation of authority and honor, uphold and protect Moving Party's inherent protected rights in this matter.

9. A denial of Moving Party's Motion will serve as notice and evidence that the presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court and attending officers of the court do not intend to honor, uphold their respective oaths of office and honor, uphold and protect the inherent rights of Moving Party in this matter.

10. A denial of this Motion would evidence and admit that the presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court and attending officers intend to issue rulings that are not based in and supported by laws, statutes and case law which is in compliance with the National Constitution of the United States, specifically the "Bill of Rights."

11. A denial of this Motion would serve as evidence and admission that the Judge and any other presiding judges, judicial officers, attending officers and/or members of the court intend to engage in crimes, criminal activity, fraud, collusion and conspiracy, insurrection, sedition and anarchy to the injury of Moving Party.

## IV. CONCLUSION

Since the National Constitution of the United States is the Supreme Law of the Land, to which the members of the presiding judicial panel are sworn to uphold, the presiding judicial panel must grant the relief demanded in section 1 of this Motion.

Done this __28th__ day of __Feb.__, 2007

_Rodger D. Cook_
Rodger D. Cook, Moving Party

## ATTACHED AFFIDAVIT

Alabama state    }
                 }   ss    Affidavit of Rodger D. Cook
Geneva county    }

I, Rodger D. Cook, hereinafter known as Affiant, hereby affirm under penalty of perjury under the laws of the United States of America, specifically the Republic of Alabama state, that the following facts are true and correct to the best of Affiant's personal knowledge, understanding and belief.

Affiant affirms that:
1. Affiant is of the age of majority, of sound mind and competent to testify.
2. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will read, consider, comprehend and rule upon all motions and pleadings Affiant files with the Court.

3. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will base its rulings only in and supported by laws, statutes, and not in opposition or contradiction to the National Constitution of the United States, specifically, the "Bill of Rights."

4. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will honor, uphold and abide by the oaths purported to have been taken by them pursuant to Article VI clause 2 and 3 of the National Constitution of the United States.

5. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court will provide unbiased adjudication of the issues with regard to Case **No. 1:07-mc-3353-MEF-SRW** pursuant to the oaths of the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court.

6. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court pursuant to their purported oaths of office will issue rulings only based on and supported in case law which is constitutionally compliant and which will <u>NOT</u> deny the powers of any rights guaranteed by the National Constitution of the United States.

7. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court pursuant to their purported oaths of office will issue rulings only based on and supported in case law which is constitutionally compliant and which will <u>NOT</u> deny the inherent rights of the people protected by the National Constitution of the United States, in the instant case, the inherent rights of the Affiant.

8. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court

pursuant to their purported oaths of office will issue rulings only based on and supported in case law which is constitutionally compliant and which will <u>NOT</u> violate federal and/or state constitutionally compliant laws.

9. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court pursuant to their purported oaths of office will issue rulings only based on and supported in case law which is constitutionally compliant and which will <u>NOT</u> shield, exonerate, or hold harmless and immune from liability, those federal officers, employees, or agents who violated federal or state law, violate the National Constitution of the United States or state constitutions, violate the Affiant's inherent protected rights of due process and equal protection of law, and shield or exonerate wrongdoing(s), crimes, criminal activity, fraud, collusion and conspiracy, insurrection, sedition and anarchy.

10. Affiant has received no evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court has acknowledged that the people of the several states of the Union as well as the United States, including but not limited to Affiant, are Sovereign in the Nation and throughout the Union, and that the government and all courts of the United States serve the people of the several states of the Union and the United States pursuant to:

   (A) limited powers delegated from and by the National Constitution of the United States, which delegated powers are inherent in the people and thus derived from the people;

   (B) oaths taken to uphold the National Constitution of the United States;

   (C) the National Constitution of the United States, specifically, the "Bill of Rights;"

   (D) power authorized only by the National Constitution of the United States or laws in full compliance therewith, specifically, the "Bill of Rights."

11. Affiant has not received any evidence that the Presiding Judge and any other presiding judges, judicial officers, attending officers and/or members of the court has acknowledged or ruled that lack of Constitutional authority precludes any action and voids any ruling or judgment by the Court with regard to **No. 1:07-mc-3353-MEF-SRW.**

12. Affiant has nothing further to state at this time.

Done this ___28th___ day of ___Feb.___, 2007

_Rodger D. Cook_
Rodger D. Cook, Affiant

On this the 28 day of Feb, 2007, Rodger D. Cook, Affirmed before me that he is the party who ascribed and affirmed the forgoing Affidavit is a free act and deed.

_Jackie M. Dillard_
Notary
Commission expires 6-17-07    *Seal:*

---

Motion                    10 of 10            Respond to:
                                              Rodger D. Cook
                                              196 Adams Street
                                              Hartford, Alabama 36344

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing "MOTION TO DEMAND THAT THE U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION READ ALL PLEADINGS MOVING PARTY FILES WITH THE COURT, and that the U.S. DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION ADHERE ONLY TO CONSTITUTIONALLY COMPLIANT LAW and CASE LAW, AND MORE PARTICULARLY, THE BILL OF RIGHTS, IN ITS RULINGS" and supporting Affidavit was served on Petitioner by mailing the same on _Feb. 28, 2007_ in a postage paid wrapper addressed as follows:

R. RANDOLPH NEELEY
U.S. Attorney's Office
One Court Square
PO Box 197
Montgomery, AL 36101-0197

Date: _Feb. 28, 2007_     By: _Jackie M. Dillard_