IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07MC3353-MEF |
| ) | |
| RODGER D. COOK ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendant's "Motion to Claim and Exercise Constitutionally Protected Rights and Require the Presiding Judge to Rule Upon this Motion, and All Attending Officers of the Court to Uphold Said Rights" (Doc. # 5), and defendant's "Motion to Demand That the U.S. District Court, Middle District of Alabama, Southern Division Read All Pleadings Moving Party Files With the Court, and that the U.S. District Court, Middle District of Alabama, Southern Division Adhere Only to Constitutionally Compliant Law and Case Law, and More Particularly, The Bill of Rights, in its Rulings" (Doc. # 6), it is

ORDERED that the motions are GRANTED to the extent that this court will perform its duties as required by law.

DONE, this 6th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE