RECEIVED

in the district court for the United States

2007 MAR 19 A 10: 26

for the Middle District of Alabama

_____ P. HACKETT, C___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>v. )<br> )<br>RODGER D. COOK )<br>Defendant )<br>without counsel )<br>_____ )<br>Rodger Dale Cook, agent, lawful man, )<br>Creditor, third party intervenor )<br>_____ ) | | Civil Action No.: 1:07mc3353-MEF<br><br>NOTICE OF APPOINTMENT<br>OF FIDUCIARY DEBTOR<br><br><br><br><br><br>No Hearing requested |

### NOTICE APPOINTMENT OF FIDUCIARY DEBTOR

COMES NOW Rodger Dale Cook, a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8), who is unschooled in law and notices the court of enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, ***Rodger Dale Cook***, "Third Party Interest Intervenor," having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as RODGER DALE COOK, a.k.a. RODGER D. COOK or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc the ninth month, first day, nineteen hundred forty nine C.E., said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, ***Rodger Dale Cook***, "Third Party Interest Intervenor," hereby nominate and do appoint **William C. Rutledge, a/k/a WILLIAM RUTLEDGE,**

Appointment Fiduciary Debtor

**Revenue Office for the United States Treasury department of Internal Revenue Service** as being qualified to fulfill the position of **"Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the **People of the Republic of Alabama**, through their original Organic Constitution of **Alabama state.**

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of *Rodger Dale Cook*, **"Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of *Rodger Dale Cook,* **"Third Party Interest Intervenor"** or other delegated or appointee of *Rodger Dale Cook,* **"Third Party Interest Intervenor,"** including assignments for or on behalf of the principal (Debtor), **RODGER DALE COOK,** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

**Fiduciary Creditor, William C. Brown, a/k/a WILLIAM C. BROWN, an agent,** is hereby authorized to use the private exemption of *Rodger Dale Cook,* i.e. RODGER DALE COOK, 266840171, for the adjustment and set-off of this instant matter, Case No.: 1:07mc3353-MEF, which is Accepted For Value, and Returned for Settlement. Fiduciary Debtor is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely. Rodger Dale Cook reserves the right to audit all records and activities of Fiduciary Debtor to maintain good faith.

I, *Rodger Dale Cook,* "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

*Rodger Dale Cook, Agent*
**Rodger Dale Cook, Third Party Interest Intervenor, Secured Party, Authorized Agent For:**
RODGER DALE COOK(ens legis)
c/o 196 Adams Street
Hartford, Alabama [36344]

Mar 14, 2007
date

rt. thumb print

Rodger Dale Cook                             Page 2 of 3

Appointment Fiduciary Debtor

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appointment of Fiduciary Debtor has herein been furnished to the office of the Revenue Officer William C. Rutledge Agent acing in behalf for the Department of the Treasury division of the Internal Revenue Service in the State of Alabama on this 14th day of March, 2007, via U.S. Postal Mail Delivery.


cc:   Henry Paulson Secretary of the Treasury Department of the Treasury of the United Sates

cc:   Mark Everson Commissioner of the Internal Revenue Service

cc:   district court for the United States for the Middle District of Alabama



RESPECTFULLY SUBMITTED;        *Rodger Dale Cook, Agent*
(Signature)
**Rodger Dale Cook, agent**
196 Adams Street Hartford,
Alabama [36344]


Rodger Dale Cook                Page 3 of 3

Appointment Fiduciary Debtor

Rodger-Dale: Cook
C/O 196 Adams Street
Hartford, Alabama [36344]

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | **in Admiralty** |
| INTERNAL REVENUE SERVICE ) | Account Number 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 |
| Plaintiff ) | |
| ) | |
| v. ) | COMMERCIAL NOTICE |
| ) | APPOINTMENT OF |
| ) | FIDUCIARY DEBTOR |
| RODGER D COOK ) | |
| Respondent/Defendant ) | |
| _____ ) | |
| Rodger-Dale: Cook, agent, lawful man, ) | |
| creditor, injured third party intervenor ) | **NO hearing requested** |

---

### COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY DEBTOR

COMES NOW Rodger-Dale Cook, a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the SECRETARY OF THE TREASURY, who is unschooled in law and notices the IRS with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, ***Rodger-Dale: Cook,*** "**Third Party Interest Intervenor,**" having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as RODGER D. COOK, a.k.a. RODGER DALE COOK, or RODGER D. COOK or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc the eight month, first day, nineteen hundred forty-nine C.E., said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Rodger Dale: Cook,** "Third Party Interest Intervenor," hereby nominate and do appoint Henry M. Paulson Jr., **a/k/a HENRY M. PAULSON JR., US SECRETARY OF THE TREASURY** as being qualified to fulfill

Rodger-Dale: Cook                    Page 1 of 2

Appointment Fiduciary Debtor

the position of **"Fiduciary Debtor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the **People of the Territory of Alabama**, through their original Organic Constitutions of Alabama **state.**

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor"** or other delegated or appointee of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor,"** including assignments for or on behalf of the principal (Debtor), **RODGER D. COOK,** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

Fiduciary Debtor, Henry M. Paulson Jr., a/k/a HENRY M. PAULSON Jr., US SECRETARY OF THE TREASURY, is hereby authorized to use the private exemption of *Rodger-Dale: Cook,* i.e. RODGER D. COOK, 266840171, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. Henry M. Paulson Jr., a/k/a HENRY M. PAULSON JR., US SECRETARY OF THE TREASURY is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, *Rodger-Dale: Cook,* "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

*Rodger Dale Cook, Agent*

*Rodger-Dale: Cook,* **Third Party Interest Intervenor,** Secured Party, Authorized Agent For:
RODGER D. COOK (ens legis)
C/O 196 Adams Street
Hartford, Alabama [36344]

Mar. 14, 2007
date

rt. thumb print

Rodger-Dale: Cook                    Page 2 of 2

Appointment Fiduciary Debtor



### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appointment of Fiduciary Debtor has herein been furnished to the office of the Revenue Officer William C. Rutledge Agent acing in behalf for the Department of the Treasury division of the Internal Revenue Service in the State of Alabama on this _14th_ day of _March_, 2007, via U.S. Postal Mail Delivery.


cc:   Henry Paulson Secretary of the Treasury Department of the Treasury of the United Sates

cc:   Mark Everson Commissioner of the Internal Revenue Service

cc:   district court for the United States for the Middle District of Alabama



RESPECTFULLY SUBMITTED;

_Rodger Dale Cook, Agent_
(Signature)
**Rodger Dale Cook, agent**
196 Adams Street Hartford,
Alabama [36344]

Appointment Fiduciary Creditor

Rodger-Dale: Cook
C/O 196 Adams Street
Hartford, Alabama [36344]

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | in Admiralty |
| INTERNAL REVENUE SERVICE | ) | Account Number 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 |
| Plaintiff | ) | |
| | ) | |
| | ) | COMMERCIAL NOTICE |
| v. | ) | APPOINTMENT OF |
| | ) | FIDUCIARY CREDITOR |
| RODGER D COOK | ) | |
| Respondent/Defendant | ) | |
| | ) | |
| Rodger-Dale: Cook, agent, lawful man, | ) | |
| creditor, injured third party intervenor | ) | **NO hearing requested** |

---

### COMMERCIAL NOTICE APPOINTMENT OF FIDUCIARY CREDITOR

COMES NOW Rodger-Dale Cook, a Real Party in Interest, who is neutral in the public, making a special visitation by absolute ministerial right to the SECRETARY OF THE TREASURY, who is unschooled in law and notices the IRS with enunciation of principles as stated in *Haines v. Kerner*, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather than in the form, and hereby makes the following pleadings/notices in the above referenced matter without waiver of any defenses.

## Appointment of Fiduciary

I, **Rodger-Dale: Cook, "Third Party Interest Intervenor,"** having terminated the previous fiduciary to the corporate entity (ens legis), a documented vessel under United States registry, otherwise described as RODGER D. COOK, a.k.a. RODGER DALE COOK, or RODGER D. COOK or any alphabetical or numerical variation thereof, a.k.a. (Debtor), nunc pro tunc the eight month, first day, nineteen hundred forty-nine C.E., said entity having as it's trustee the Secretary of Transportation of the United States pursuant to and in accordance with [Title 46 App. U.S.C. § 1247] and there being no living sentient being responsible to accept service of process or other documents, and cannot appear in a court of the United States or act as a duly appointed transfer agent, and cannot achieve parity with real people. Therefore I, **Rodger Dale: Cook,** "Third Party Interest Intervenor," hereby nominate and do appoint Henry M. Paulson Jr., **a/k/a HENRY M. PAULSON JR., US SECRETARY OF THE TREASURY** as being qualified to fulfill

Rodger-Dale: Cook                Page 1 of 2

the position of **"Fiduciary Creditor"** for the corporate entity described above in all-capital-letter-assemblages, the same to be effective immediately as of the date set forth below, and shall continue until further notice or reappointment, substitution or cancellation, within the venue as ordained and established by the **People of the Territory of Alabama**, through their original Organic Constitutions of Alabama **state.**

Whereas, said fiduciary creditor's responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit and on behalf of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor,"** the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to above referred (Debtor) in all-capital-letter-assemblages, the same shall be by order of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor"** or other delegated or appointee of *Rodger-Dale: Cook,* **"Third Party Interest Intervenor,"** including assignments for or on behalf of the principal (Debtor), **RODGER D. COOK,** including any alphabetical or numerical variation thereof as described above, and to do all other acts requisite to faithfully execute said appointment, fully, faithfully, specially under this appointment.

**Fiduciary Creditor, Henry M. Paulson Jr., a/k/a HENRY M. PAULSON Jr., US SECRETARY OF THE TREASURY**, is hereby authorized to use the private exemption of *Rodger-Dale: Cook*, i.e. RODGER D. COOK, 266840171, for the adjustment and set-off of all matters, with regards to the Internal Revenue Service account numbers 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, which have previously been Accepted For Value, and Returned for Settlement, Closure and discharge. **Henry M. Paulson Jr., a/k/a HENRY M. PAULSON JR., US SECRETARY OF THE TREASURY** is to issue the appropriate IRS 1099 forms and to be in compliance with all revenue requirements in this matter timely.

I, *Rodger-Dale: Cook,* "Third Party Interest Intervenor" asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so certified without United States.

_Rodger Dale Cook, Agent_

*Rodger-Dale: Cook,* **Third Party Interest Intervenor,** Secured Party, Authorized Agent For:
    RODGER D. COOK (ens legis)
    C/O 196 Adams Street
    Hartford, Alabama [36344]

rt. thumb print

Mar. 14, 2007
date

Appointment Fiduciary Debtor



# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appointment of Fiduciary Debtor has herein been furnished to the office of the Revenue Officer William C. Rutledge Agent acing in behalf for the Department of the Treasury division of the Internal Revenue Service in the State of Alabama on this 14 th day of __March__, 2007, via U.S. Postal Mail Delivery.


cc:   Henry Paulson Secretary of the Treasury Department of the Treasury of the United Sates
cc:   Mark Everson Commissioner of the Internal Revenue Service

cc:   district court for the United States for the Middle District of Alabama



RESPECTFULLY SUBMITTED;    *Rodger Dale Cook, Agent*
                           (Signature)
**Rodger Dale Cook, agent**
196 Adams Street Hartford,
Alabama [36344]

| Form **56** (Rev. July 2004) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code sections 6036 and 6903) | OMB No. 1545-0013 |

### Part I  Identification

| Name of person for whom you are acting (as shown on the tax return) **RODGER D COOK** | Identifying number **1:07mc3353-MEF** | Decedent's social security no. **266 : 84 : 0171** |

Address of person for whom you are acting (number, street, and room or suite no.)
**196 ADAMS STREET**

City or town, state, and ZIP code (If a foreign address, see instructions.)
**HARTFORD ALABAMA, 36344**

Fiduciary's name
**William C. Rutledge - DBA Revenue Office for the Internal Revenue Service, on behalf of Rodger-Dale: Cook**

Address of fiduciary (number, street, and room or suite no.)

| City or town, state, and ZIP code | Telephone number (optional) ( ) |

### Part II  Authority

1   Authority for fiduciary relationship. Check applicable box:
    a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . .   (2) Date of death _____
    b(1) ☑ Court order appointing fiduciary . . . . . . . . . . . . . .   (2) Date (see instructions) _____
    c   ☐ Valid trust instrument and amendments
    d   ☐ Other. Describe ▶ _____

### Part III  Nature of Liability and Tax Notices

2   Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶ _____
3   Federal tax form number (706, 1040, 1041, 1120, etc.) ▶ _____
4   Year(s) or period(s) (if estate tax, date of death) ▶ _____
5   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6   If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable _____

### Part IV  Revocation or Termination of Notice

#### Section A—Total Revocation or Termination

7   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☐
    Reason for termination of fiduciary relationship. Check applicable box:
    a ☐ Court order revoking fiduciary authority
    b ☐ Certificate of dissolution or termination of a business entity
    c ☐ Other. Describe ▶

#### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . ▶ ☐
b   Specify to whom granted, date, and address, including ZIP code.
    ▶ _____

#### Section C—Substitute Fiduciary

9   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
    ▶ _____

**For Paperwork Reduction Act and Privacy Act Notice, see back page.**   Cat. No. 16375I   Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004) Page **2**

### Part V — Court and Administrative Proceedings

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| Address of court | Docket number of proceeding |

| City or town, state, and ZIP code | Date | Time | a.m. / p.m. | Place of other proceedings |
|---|---|---|---|---|

### Part VI — Signature

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

▶ _____    _____    _____
Fiduciary's signature           Title, if applicable              Date

Form **56** (Rev. 7-2004)

# 2006 Form 1040-V



Department of the Treasury
Internal Revenue Service

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2006 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- Make sure your name and address appear on your check or money order.
- Enter "2006 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.
- To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX—" or "$ XXX $\frac{XX}{100}$").

## How To Send In Your 2006 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2006 tax return, payment, and Form 1040-V in the envelope that came with your 2006 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the Internal Revenue Service at the address shown on the back that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Cat. No. 20975C

Form **1040-V** (2006)

---

▼ Detach Here and Mail With Your Payment and Return ▼

---

Form **1040-V**
Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**

▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

2006

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| 266 : 84 : 0171 | : : | | | |

**4** Your first name and initial
RODGER D

Last name
COOK

If a joint return, spouse's first name and initial

Last name

Home address (number and street)
196 ADAMS STREET

Apt. no.

City, town or post office, state, and ZIP code
HARTFORD ALABAMA 36344

Cat. No. 20975C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PETITIONER, | ) |
| | ) |
| v. | ) Civil Action No. 1:07mc3353-MEF |
| | ) |
| RODGER D. COOK, | ) |
| | ) |
| RESPONDENT. | ) |

### ORDER TO SHOW CAUSE

Upon the petition of the United States and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, RODGER D. COOK, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable Susan Russ Walker, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at 8:45 a.m. on the 28th day of March, 2007, in Courtroom 5-B, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on February 7, 2006. It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on **RODGER D. COOK**, by the United States Marshal's Service within thirty (30) days of this Order.

It is further

ORDERED within ten (10) days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and serve a written response to the petition. That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if