IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. **1:07MC3353-MEF-SRW** |
| | ) |
| RODGER D. COOK, | ) |
| | ) |
| Respondent. | ) |

## MOTION TO DISMISS

Comes now Petitioner, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves to dismiss the above-styled matter. As grounds for such, Petitioner shows unto the Court, the following:

1. On February 2, 2007, Petitioner filed a Petition to Enforce IRS Summons. During the course of a hearing in this matter on March 28, 2007, Respondent agreed to meet with representatives of the Internal Revenue Service and to comply with the summons sought to be enforced in this action.

2. As agreed, Petitioner and Respondent have met and the Respondent has substantially complied with the requests set forth in the summons.

WHEREFORE, premises considered, the United States requests that the Petition to Enforce IRS Summons filed in this cause on February 2, 2007, be dismissed.

Respectfully submitted this the 7th day of May, 2007.

>LEURA G. CANARY
>United States Attorney
>
>By: /s/R. Randolph Neeley
>R. RANDOLPH NEELEY
>Assistant United States Attorney
>Bar Number: 9083-E56R
>Post Office Box 197
>Montgomery, AL  36101-0197
>Telephone No.: (334) 223-7280
>Facsimile No.: (334) 223-7418
>E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by Unites States Postal Service, a copy of same to the following non-CM/ECF participants:

>Rodger D. Cook
>196 Adams St.
>Hartford, AL 36344-9742
>
>R. Randolph Neeley
>Assistant United States Attorney