IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:07-mc-3353-MEF |
| | ) | (WO) |
| RODGER D. COOK | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

In a motion to dismiss filed on May 7, 2007 (Doc. # 10), the United States represents that the respondent has now substantially complied with the IRS summons sought to be enforced in this action. Upon consideration of the motion and for good cause, it

ORDERED that the motion is GRANTED, and the petition to enforce IRS summons filed on February 2, 2007 is DISMISSED.

DONE this the 8th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE